IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JOSE VELEZ,

    **Plaintiff(s)**

        **v.**                        **CIVIL NO.** 03-2307 (JAG)

THERMO KING DE PR,

    **Defendant(s)**

**ORDER**

    Defendant's motion for reconsideration (Docket No. 72) is hereby **GRANTED**. The document at issue is clearly a communication between the defendant and its legal counsel seeking advice on how to terminate plaintiff from his employment. The communication also reveals defendant's bargaining strategy in case the need for settlement negotiations arose, which is inadmissible pursuant to Fed.R.Evid. 408. Thus, plaintiff is precluded from using the email communications at trial.

    IT IS SO ORDERED.

    In San Juan, Puerto Rico, this 7th day of June 2005.

                                      S/Jay A. Garcia-Gregory
                                    JAY A. GARCIA-GREGORY
                                    United States District Judge